1
2  O
3
4
5
6
7
8 UNITED STATES DISTRICT COURT
9 CENTRAL DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,         )
   |                                   )
11 |            Plaintiff,             )   SA 07-152M
   |                                   )
12 |    v.                             )   ORDER OF DETENTION AFTER HEARING
   |                                   )         (18 U.S.C. § 3142(i))
13 | STUART THURBER,                   )
   |                                   )
14 |            Defendant.             )
   |_____)

15

16                                     I.

17    A. ( ) On motion of the Government involving an alleged

18        1. ( ) crime of violence;

19        2. ( ) offense with maximum sentence of life imprisonment or death;

20        3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

21              (21 U.S.C. §§ 801,/951, et. seq.,/955a);

22        4. ( ) felony - defendant convicted of two or more prior offenses described above.

23        5. ( ) offense under 18 U.S.C. § 924(c), § 956(a), or 2332b.

24        6. ( ) any felony that is not otherwise a crime of violence that involves a minor victim, or

25        possession or use of a firearm or destructive device or other dangerous weapon, or failure to

26        register under 18 U.S.C. § 2250.

27
28

1        B. On motion (X) (by the Government) / ( ) (by the Court <u>sua sponte</u> involving)

2        1. (X) serious risk defendant will flee;

3        2. ( ) serious risk defendant will

4           a. ( ) obstruct or attempt to obstruct justice;

5           b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

6                                  II.

7 The Court finds no condition or combination of conditions will reasonable assure:

8 A. (X)    appearance of defendant as required; and/or

9 B. ( )    safety of any person or the community;

10                             III.

11 The Court has considered:

12 A. (X)    the nature and circumstances of the offense;

13 B. (X)    the weight of evidence against the defendant;

14 C. (X)    the history and characteristics of the defendant;

15 D. ( ) the nature and seriousness of the danger to any person or to the community.

16                           IV.

17 The Court concludes:

18 A. (X)    Defendant poses a risk to the safety of other persons or the community because:

19           There is probable cause to believe that Defendant engaged in criminal activilty while

20           on supervised release.

21 B. (X) History and characteristics indicate a serious risk that defendant will flee because:

22           Defendant absconded from supervised release.

23 C. ( ) A serious risk exists that defendant will:

24        1. ( ) obstruct or attempt to obstruct justice;

25        2. ( ) threaten, injure or intimidate a witness/ juror; because:

26 D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

27           provided in 18 U.S.C. § 3142 (e).

28

1
2    IT IS ORDERED that defendant be detained prior to trial.
3    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
4 facility separate from persons awaiting or serving sentences or person held pending appeal.
5    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
6 consultation with his counsel.
7
8
9    Dated: May 29, 2006

10
                                                    _____
11                                                   Marc L. Goldman
                                                     U.S. Magistrate Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**