FILED
CLERK, U.S. DISTRICT COURT
MAR 27 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> Thurbur Defendant. ) <br> ) | Case No.: SA CR 07-102 DOC <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____CDCA_____ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____PSR/VR_____

```
 1  _____
 2  _____
 3  _____
 4      and/or
 5  B.  ( )  The defendant has not met his/her burden of establishing by
 6       clear and convincing evidence that he/she is not likely to pose
 7       a danger to the safety of any other person or the community if
 8       released under 18 U.S.C. § 3142(b) or (c).  This finding is based
 9       on:_____
10  _____
11  _____
12  _____
13
14      IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:  3/27/12
```

_____
UNITES STATES MAGISTRATE JUDGE